UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME SANTIS SANTIS,<br>Petitioner,<br>v.<br>CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center, et al.,<br>Respondents. | Case No.: 3:26-cv-04416-RBM-MSB<br>**ORDER DISMISSING PETITION WITHOUT PREJUDICE**<br>**[Doc. 1]** |

Before the Court is Petitioner Jaime Santis Santis's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241 challenging the lawfulness of his immigration detention. (Doc. 1.) The Court previously stayed this case and ordered the Parties to submit a joint status report after Petitioner's bond hearing. (Doc. 6.) The Parties recently filed that joint status report, indicating that Petitioner was released from immigration custody on bond. (Doc. 8 at 1.) Although the Parties appear to disagree regarding whether release on bond renders the Petition moot, they agree "to dismissal of the petition without prejudice." (*Id.* at 1–2.) Accordingly, the Court **DISMISSES** the Petition without prejudice. The Clerk of Court is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

DATE: August 18, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE